UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PETER HEEBER,

                Plaintiff,

    -against-

POLICE OFFICER WILLIAM BOURGUIGNON,
POLICE OFFICER ROBERT KIESEL, POLICE
OFFICER GREGORY MEYERS, POLICE
OFFICER VINCENT NEGLIA, POLICE
OFFICER THOMAS RUHLE, POLICE OFFICER
JOANNA ARCHER, and SERGEANT BURTON
FRIED, Individually and their official capacities.
                Defendants.
----------------------------------------------------------------X

11-CV-3404 (SJF)(ETB)

**STIPULATION AND ORDER OF DISMISSAL**

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
~~December~~ , ~~2012~~  Jan. 10, 2013

TREYVUS & KONOSKI, P.C.

By: _____
Bryan Konoski, Esq.
305 Broadway, 14th Floor
New York, New York 11007
(212) 897-5832
Attorneys for Plaintiff

JOHN CIAMPOLI
Nassau County Attorney

By: _____
Diane C. Petillo, Esq.
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-6190
Attorney for Defendants

SO ORDERED:

_____
Hon. Sandra J. Feuerstein, U.S.D.J.